■ In the Matter of KIFISIA FOODS, INC., Respondent, v. NEW YORK STATE LIQUOR AUTHORITY, Appellant.

842

Concur — Botein, P. J., Stevens, Steuer, Rabin and Witmer, JJ.